**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL CASE NO. 3:00cr127-01**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> vs. ) <br> ) <br> ) <br> ELGIN JEROME HOLLY. ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Defendant's Motion to Reconsider and Objection to Supplement to Presentence Report [Doc. 86], filed May 29, 2008.

The Court will allow defense counsel an opportunity to respond to the Supplement because he was inadvertently omitted from service. However, the Court will not vacate its previous order prior to consideration of any further filing.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Reconsider and Objection to Supplement to Presentence Report [Doc. 86] is hereby **GRANTED IN PART AND DENIED IN PART** and on or before five (5) business days from entry of this Order, the Defendant may file response to the Supplement to Presentence Report.

Martin Reidinger
United States District Judge

Signed: May 29, 2008